# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00190-CV

### Mary McClellan, Appellant

### v.

### Johnson City Housing Authority, Appellee

### FROM THE COUNTY COURT OF BLANCO COUNTY
### NO. CV00621, THE HONORABLE BRETT G. BRAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed joint motion to dismiss this appeal. The parties have agreed that (1) this cause should be dismissed, (2) the judgment of the Blanco County Court should be vacated, (3) costs are to be paid by the party incurring the costs, and (4) the mandate may issue early as allowed under Texas Rule of Appellate Procedure 18.1(c). We grant the motion and vacate the Blanco County Court's judgment. We dismiss the appeal, as well as the underlying case. *See* Tex. R. App. P. 42.1(a)(2)(A); *id.* R. 43.2(e) (allowing court of appeals to vacate trial court's judgment and dismiss case), (f) (allowing court of appeals to dismiss appeal).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed on Joint Motion

Filed: July 19, 2019